ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILE NO. 4:15-cv-824—A

| | |
|---|---|
| **PHILLIP TURNER** § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **NOTICE OF APPEAL** |
| **LIEUTENANT DRIVER,** § | |
| **OFFICER GRINALDS, Badge 3825,** § | |
| **OFFICER DYESS, Badge 2586,** § | |
| **Defendants** § | |

Notice is hereby given that Phillip Turner, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order and the Final Judgment As To Certain Parties entered in this action on the 19th day of February, 2016.

Respectfully submitted this 18th day of March 2016,

By: _____
Kervyn B. Altaffer Jr.
Texas Bar No. 01116575
Email: kervyn@altafferlaw.com

Altaffer & Chen PLLC
4045 McKinney Ave Ste 310
Dallas, Texas 75204
Tel: 972.234.3633
Fax: 972.947.3663

**Attorney for Plaintiff**