*United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 15, 2016

Mr. Kervyn Bryce Altaffer Jr.
Altaffer & Chen, P.L.L.C.
4054 McKinney Avenue
Suite 310
Dallas, TX 75204

    No. 16-10312    Phillip Turner v. Driver, et al
                       USDC No. 4:15-CV-824

Dear Mr. Altaffer,

The following pertains to your brief electronically filed on June 15, 2016.

We filed your brief. However, you must make the following corrections within the next 14 days.

Opposing counsel's briefing time continues to run.

You need to correct or add:

Record References: The use of "id" is not allowed when citing to the electronic record on appeal. Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. (See 5ᵀᴴ CIR. R. 28.2.2)

Once you have prepared your sufficient brief, you must select from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.

					Sincerely,

					LYLE W. CAYCE, Clerk

					By: _____
					Shawn D. Henderson, Deputy Clerk
					504-310-7668

cc:
	Mrs. Lunbing Chen
	Mr. Kenneth E. East
	Mr. Luis Alfredo Galindo
	Mr. Dee Lee Thomas Jr.