# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 28, 2016

Mr. Kervyn Bryce Altaffer Jr.
Altaffer & Chen, P.L.L.C.
4054 McKinney Avenue
Suite 310
Dallas, TX 75204

    No. 16-10312   Phillip Turner v. Driver, et al
                           USDC No. 4:15-CV-824

Dear Mr. Altaffer,

We have reviewed your electronically filed appellant's brief and it is sufficient.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shawn D. Henderson, Deputy Clerk
                              504-310-7668

cc:
    Mrs. Lunbing Chen
    Mr. Kenneth E. East
    Mr. Luis Alfredo Galindo
    Ms. Meagan Elizabeth Hassan
    Mr. Dee Lee Thomas Jr.