# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 15, 2016

Mr. Kervyn Bryce Altaffer Jr.
Altaffer & Chen, P.L.L.C.
4054 McKinney Avenue
Suite 310
Dallas, TX 75204

     No. 16-10312   Phillip Turner v. Driver, et al
                USDC No. 4:15-CV-824

Dear Mr. Altaffer,

The following pertains to your record excerpts electronically filed on June 15, 2016.

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

Your tabs must be numerically numbered and not alphabetically, see 5TH Cir. R.30.1.7(c). The paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.

Once you have prepared your sufficient record excerpts, you must select from the Briefs category the event, Proposed Sufficient Record Excerpts, via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc:
     Mrs. Lunbing Chen
     Mr. Kenneth E. East
     Mr. Luis Alfredo Galindo
     Mr. Dee Lee Thomas Jr.