## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

June 28, 2016

Mr. Kervyn Bryce Altaffer Jr.  
Altaffer & Chen, P.L.L.C.  
4054 McKinney Avenue  
Suite 310  
Dallas, TX 75204

    No. 16-10312   Phillip Turner v. Driver, et al  
                         USDC No. 4:15-CV-824

Dear Mr. Altaffer,

We have reviewed your electronically filed record excerpts and it is now sufficient.

You must submit the 4 paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents. See 5TH Cir. R.30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                                              Sincerely,

                                              LYLE W. CAYCE, Clerk

                                              By: _____  
                                              Shawn D. Henderson, Deputy Clerk  
                                              504-310-7668

cc:  
    Mrs. Lunbing Chen  
    Mr. Kenneth E. East  
    Mr. Luis Alfredo Galindo  
    Ms. Meagan Elizabeth Hassan  
    Mr. Dee Lee Thomas Jr.