# CASE NO. 1-10312

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

PHILLIP TURNER,

        Plaintiff - Appellant,

v.

LIEUTENANT DRIVER, in his individual capacity; OFFICER GRINALDS, Badge Number 3825, in his individual capacity; OFFICER DYESS, Badge Number 2586, in his individual capacity,

        Defendants - Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION

### APPELLEES' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

TO THE HONORABLE COURT OF APPEALS AND THE CLERK OF COURT:

    All Defendant-Appellees hereby seek an additional twenty (20) days from the current August 2, 2016, deadline, in which to file their respective Appellee's briefs, and would respectfully show the Court as follows:

### SUMMARY OF THE NATURE OF THIS APPEAL

    This is an appeal from the District Court's final judgment dismissing Plaintiff's claims pursuant to rule 12(b)(6) and affording the Defendant -Appellees qualified immunity.

### ARGUMENT AND REASONS AN EXTENSION IS SOUGHT

    This motion is unopposed.

This appeal was initiated on March 18, 2016. Appellant requested and received one 30-day extension of his brief, and he filed his Appellant's Brief herein on June 15, 2016. Appellees each requested and received a 15-day extension to file their respective Appellee's brief from the Clerk on or about June 27, 2016, and they now file this motion seeking an additional 20-day extension from the current August 2, 2016, deadline (in other words, asking that the deadline be extended to August 22, 2016).

Appellees seek the extension for the following reasons:

The various counsel for the Defendants-Appellees regularly work together on a number of different civil rights cases, representing various defendants, and all counsel are accustomed to balancing a number of competing deadlines in their various joint and individual cases. As of the filing of this motion, however, all of said counsel have been under an unusually demanding schedule in a variety of their cases with each counsel facing impending trial and pre-trial deadlines that have dominated their time to an unusual an unexpected degree. Additionally, Mr. D. Lee Thomas, counsel for Appellee Officer Dyess in the past several weeks has twice been hospitalized being treated for serious cardiac and pulmonary issue; his health issues, while requiring ongoing management, are thankfully much improved. Nonetheless, Mr. Thomas's health issues have forced counsel to juggle and delay deadlines in other cases, which has exacerbated the crush of deadlines counsel are facing all at once as referenced above.

## **CONCLUSION AND PRAYER**

For these reasons, and because the motion is unopposed, Defendants-Appellees respectfully ask that the Court grant this motion and grant each of them a 20-day extension from their current

August 2, 2016, deadline to file their respective Appellee's brief such that the deadline becomes August 22, 2016.

          Respectfully submitted,

          /s/ Kenneth E. East
          Kenneth E. East
          State Bar No. 00790622
          FOSTER & EAST
          9001 Airport Freeway, Suite 675
          North Richland Hills, Texas 76180
          (817) 788-1111
          Fax: (817) 485-2836
          ken@fostereast.com

          ATTORNEY FOR APPELLANT
          OFFICER GRINALDS, INDIVIDUALLY

          s/ D. Lee Thomas, Jr.
          D. Lee Thomas, Jr.
          State Bar No. 19847500
          507 W. Central Avenue
          Fort Worth, Texas 76164
          817-625-8866
          817-625-8950 fax
          dlthom31@yahoo.com

          ATTORNEY FOR APPELLANT
          OFFICER DYESS, INDIVIDUALLY

          s/ Luis A. Galindo
          LUIS A. GALINDO
          State Bar No. 07579600
          luisgalindo-pllc@sbcglobal.net
          600 Fort Worth Club Building
          306 West 7th Street
          Fort Worth, Texas 76102
          817-335-5722
          817-877-3723 Fax

          ATTORNEY FOR APPELLANT
          LIEUTENANT DRIVER, INDIVIDUALLY

## CERTIFICATE OF CONFERENCE

On July 25, 2016, the conferred with Mr. Kervyn Altaffer, Jr., counsel for Appellant. Mr. Altaffer stated that he does <u>not</u> oppose the relief requested herein.

/s/ Kenneth E. East
Kenneth E. East

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, I served the foregoing document on all counsel of record via electronic filing as follows:

Kervyn B. Altaffer Jr.
Altaffer & Chen PLLC
4054 McKinney Ave., Ste. 310
Dallas, Texas 75204

D. Lee Thomas, Jr.
507 W. Central Avenue
Fort Worth, Texas 76164
817-625-8866
817-625-8950 fax
dlthom31@yahoo.com

Luis A. Galindo
600 Fort Worth Club Bldg.
306 West 7th Street
Fort Worth, Texas 76102
817-335-5722
817-877-3723 fax
luisgalindo-pllc@sbcglobal.net

s/ Kenneth E. East
Kenneth E. East