# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 26, 2016

Mr. Kenneth E. East
Foster & East
9001 Airport Freeway
Richland Corporation Center
Suite 675
North Richland Hills, TX 76180-0000

    No. 16-10312    Phillip Turner v. Driver, et al
                    USDC No. 4:15-CV-824

Dear Mr. East,

We received your unopposed level 1 extension  requested.  We are
taking  no  action  on  this  document,  in  light  of  an  unopposed
corrected motion was filed by the appellees in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Mary C. Stewart, Deputy Clerk
                         504-310-7694

cc:
     Mr. Kervyn Bryce Altaffer Jr.
     Mrs. Lunbing Chen
     Mr. Luis Alfredo Galindo
     Ms. Meagan Elizabeth Hassan
     Mr. Dee Lee Thomas Jr.