# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 26, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-10312    Phillip Turner v. Driver, et al
                     USDC No. 4:15-CV-824

The court has granted an unopposed extension of time to and including August 22, 2016 for filing appellees' briefs in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Mary C. Stewart, Deputy Clerk
                      504-310-7694

Mr. Kervyn Bryce Altaffer Jr.
Mrs. Lunbing Chen
Mr. Kenneth E. East
Mr. Luis Alfredo Galindo
Ms. Meagan Elizabeth Hassan
Mr. Dee Lee Thomas Jr.