# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**　　　　　　　　　　　　　　　　　　　　　　**TEL. 504-310-7700**
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　**600 S. MAESTRI PLACE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NEW ORLEANS, LA 70130**

August 15, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

　　No. 16-10312　　Phillip Turner v. Driver, et al
　　　　　　　　　　USDC No. 4:15-CV-824

The court has denied the motion of appellees to extend time to file appellees' briefs in this case.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　*Mary Stewart*
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Mary C. Stewart, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7694

Mr. Kervyn Bryce Altaffer Jr.
Mrs. Lunbing Chen
Mr. Kenneth E. East
Mr. Luis Alfredo Galindo
Ms. Meagan Elizabeth Hassan
Mr. Dee Lee Thomas Jr.