# FOSTER & EAST

ATTORNEYS AT LAW

9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180

Ross T. Foster, P.C.　　　　　sender's email: ken@fostereast.com　　　　　817-788-1111
Kenneth E. East, P.C.　　　　　　　　　　　　　　　　　　　　　　　　Fax 817-485-2836
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.fostereast.com

November 17, 2016

Mr. Lyle W. Cayce　　　　　　　　　**Via CM/ECF**
Clerk of Court
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

　　　Re:　*Phillip Turner v. Lieutenant Driver, et al.*, No. 16-10312
　　　　　**(Second letter filed this date)**

Dear Mr. Cayce:

　　Pursuant to FRAP 28(j), I would ask the Court to note a new lawsuit, which Appellant Turner has very recently filed in a United States District Court in Texas, Phillip Turner v. Officer Shurley, et al., No. 1:16-cv-1134-RP (W.D. Tex., filed Oct. 11, 2016).

　　As discussed in Grinalds's Appellee's Brief at 5-6, it is yet another of the similar police entrapment ("First Amendment Audit") cases filed by Turner and his counsel. In this new case, the facts are even more similar to the present case than those described as "nearly indentical" by the court in the Sanders case, discussed in my first 28(j) letter. The facts are strikingly similar between the Turner v. Shurley case and the present case. I have attached the complaint from the Shurley case.

　　I am filing this letter only because it further suggests that if the law is supposed to be--as Appellant argues--that the officers' conduct in all these cases is unconstitutional, it certainly is not clearly established such that reasonable officerson the street throughout the State of Texas know it. The officers' conduct in all these cases is constitutional; the law certainly is not clearly established that it is not.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　　　/s/*Kenneth E. East*

Mr. Lyle W. Cayce
November 17, 2016
(Second letter filed this date)
Page 2

                                               Kenneth E. East
                                               ATTORNEY FOR APPELLEE
                                               OFFICER GRINALDS, Badge No. 2586,
                                               in his individual capacity

cc:    Kervyn B. Altaffer, Jr.
        Lunbing Chen
        Meagan Hassan
        D. Lee Thomas
        Luis Galindo
        Laetitia Brown
        Client