IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 16-10312

———————————

D.C. Docket No. 4:15-CV-824

United States Court of Appeals
Fifth Circuit
**FILED**
February 16, 2017
Lyle W. Cayce
Clerk

PHILLIP TURNER,

       Plaintiff - Appellant

v.

LIEUTENANT DRIVER, in his individual capacity; OFFICER GRINALDS, Badge Number 3825, in his individual capacity; OFFICER DYESS, Badge Number 2586, in his individual capacity,

       Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before WIENER, CLEMENT, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed and remanded in part.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

EDITH BROWN CLEMENT, Circuit Judge, dissenting as to Parts III.A.2 & III.B.1.b.