## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 10, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 16-10312    Phillip Turner v. Driver, et al
                         USDC No. 4:15-CV-824

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shawn D. Henderson, Deputy Clerk
                        504-310-7668

cc:
    Mr. Kervyn Bryce Altaffer Jr.
    Mrs. Lunbing Chen
    Mr. Kenneth E. East
    Mr. Luis Alfredo Galindo
    Ms. Meagan Elizabeth Hassan
    Mr. Dee Lee Thomas Jr.